# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ROBINSON, RICHARD H.                    Case No. 07-22514
ROBINSON, JUDITH F.

                                               Chapter   7
_____,
                  Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $98,751.50                   Assets Exempt:   $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,118.32     Claims Discharged
                                               Without Payment: $2,351.58

Total Expenses of Administration: $887.44

3)  Total gross receipts of $    3,005.76    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $       0.00     (see **Exhibit 2**), yielded net receipts of $3,005.76
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 887.44 | 887.44 | 887.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,469.90 | 4,469.90 | 2,118.32 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,357.34 | $5,357.34 | $3,005.76 |

4)  This case was originally filed under Chapter 7 on November 30, 2007. The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2010_____    By: /s/BRADLEY J. WALLER_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 CHEVY SILVERADO | 1129-000 | 1,000.00 |
| 2004 MERCURY SABLE | 1129-000 | 2,000.00 |
| Interest Income | 1270-000 | 5.76 |
| **TOTAL GROSS RECEIPTS** | | **$3,005.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | N/A | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|
| BRADLEY J. WALLER | 2100-000 | N/A | 751.44 | 751.44 | 751.44 |
| BRADLEY J. WALLER | 2200-000 | N/A | 136.00 | 136.00 | 136.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 887.44 | 887.44 | 887.44 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|------|
| | | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|------|
| 1 | LVNV Funding LLC its successors and assigns  - | 7100-000 | N/A | 4,469.90 | 4,469.90 | 2,118.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 4,469.90 | 4,469.90 | 2,118.32 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 07-22514
**Case Name:** ROBINSON, RICHARD H.
ROBINSON, JUDITH F.
**Period Ending:** 11/09/10

**Trustee:**   (330500)   BRADLEY J. WALLER
**Filed (f) or Converted (c):** 11/30/07 (f)
**§341(a) Meeting Date:** 01/03/08
**Claims Bar Date:** 04/08/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 40.00 | 0.00 | DA | 0.00 | FA |
| 3 | SAVINGS ACCOUNT | 21.31 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT | 735.34 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,650.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | COSTUME JEWELRY, WATCHES AND WEDDING RINGS | 65.00 | 0.00 | DA | 0.00 | FA |
| 8 | METROPOLITAN LIFE INSURANCE POLICY | 3,862.83 | 0.00 | DA | 0.00 | FA |
| 9 | RETIREMENT ACCOUNT WITH CMS | 11,177.02 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 CHEVY SILVERADO | 3,175.00 | 1,000.00 | | 1,000.00 | FA |
| 11 | 2004 MERCURY SABLE | 5,925.00 | 2,000.00 | | 2,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.76 | FA |
| 12 | **Assets**   Totals (Excluding unknown values) | **$107,851.50** | **$3,000.00** | | **$3,005.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008     **Current Projected Date Of Final Report (TFR):**   July 30, 2010  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-22514 | Trustee: BRADLEY J. WALLER (330500) |
| Case Name: ROBINSON, RICHARD H. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| ROBINSON, JUDITH F. | Account: ***-*****61-65 - Money Market Account |
| Taxpayer ID #: **-***0273 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 11/09/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/03/08 | | Attorney Raymond R. Nolasco, Trust Account | per court order of 02/29/08 Compromising Estate's Right, Title and Interest in Debtors' Vehicles | | | 3,000.00 | | 3,000.00 |
| | {10} | | per court order of 02/29/08 | 1,000.00 | 1129-000 | | | 3,000.00 |
| | {11} | | per court order of 02/29/08 | 2,000.00 | 1129-000 | | | 3,000.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 0.47 | | 3,000.47 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 0.41 | | 3,000.88 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.37 | | 3,001.25 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.38 | | 3,001.63 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.38 | | 3,002.01 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.35 | | 3,002.36 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.39 | | 3,002.75 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 0.32 | | 3,003.07 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.23 | | 3,003.30 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.21 | | 3,003.51 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,003.63 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 3,003.74 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.13 | | 3,003.87 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,003.99 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 3,004.10 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.13 | | 3,004.23 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,004.35 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,004.47 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,004.59 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,004.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,004.83 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.12 | | 3,004.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 3,005.06 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 3,005.17 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.13 | | 3,005.30 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.02 | | 3,005.32 |
| 04/06/10 | | Wire out to BNYM account 9200******6165 | Wire out to BNYM account 9200******6165 | | 9999-000 | -3,005.32 | | 0.00 |
| | | | Subtotals : | | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-22514 |
| Case Name: | ROBINSON, RICHARD H. |
| | ROBINSON, JUDITH F. |
| Taxpayer ID #: | **-***0273 |
| Period Ending: | 11/09/10 |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****61-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -3,005.32 | 0.00 | |
| | | | Subtotal | | 3,005.32 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,005.32 | $0.00 | |

{} Asset reference(s)

Printed: 11/09/2010 11:03 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-22514 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | ROBINSON, RICHARD H. | | Bank Name: | The Bank of New York Mellon |
| | ROBINSON, JUDITH F. | | Account: | 9200-*****61-65 - Money Market Account |
| Taxpayer ID #: | **-***0273 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account *******6165 | Wire in from JPMorgan Chase Bank, N.A.<br>account *******6165 | 9999-000 | 3,005.32 | | 3,005.32 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 3,005.46 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,005.64 |
| 06/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.12 | | 3,005.76 |
| 06/23/10 | | To Account #9200******6166 | | 9999-000 | | 3,005.76 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 3,005.76 | 3,005.76 | $0.00 |
| | Less: Bank Transfers | 3,005.32 | 3,005.76 | |
| | **Subtotal** | 0.44 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.44** | **$0.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| Case Number: | 07-22514 | |
| Case Name: | ROBINSON, RICHARD H. | |
| | ROBINSON, JUDITH F. | |
| Taxpayer ID #: | **-***0273 | |
| Period Ending: | 11/09/10 | |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******61-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | | From Account #9200******6165 | | 9999-000 | 3,005.76 | | 3,005.76 |
| 08/20/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $136.00, Trustee Expenses;  Reference: | 2200-000 | | 136.00 | 2,869.76 |
| 08/20/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $751.44, Trustee Compensation;  Reference: | 2100-000 | | 751.44 | 2,118.32 |
| 08/20/10 | 103 | LVNV Funding LLC its successors and assigns - Citibank | Dividend paid 47.39% on $4,469.90; Claim# 1; Filed: $4,469.90;  Reference: | 7100-000 | | 2,118.32 | 0.00 |

| | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,005.76 | 3,005.76 | $0.00 |
| Less: Bank Transfers | 3,005.76 | 0.00 | |
| **Subtotal** | 0.00 | 3,005.76 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $3,005.76 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****61-65 | 3,005.32 | 0.00 | 0.00 |
| MMA # 9200-******61-65 | 0.44 | 0.00 | 0.00 |
| Checking # 9200-******61-66 | 0.00 | 3,005.76 | 0.00 |
| | $3,005.76 | $3,005.76 | $0.00 |

{} Asset reference(s)